## Amos H. Bartholomew and another v. Washington J. Bartholomew.

Error to Hillsdale Circuit.

CAMPBELL J.

The questions presented in this case are the same as those discussed in *Underwood v. McDuffee,* and the decision of that cause disposes of this.

There was no error in the judgment, and it must be affirmed, with costs.

The other Justices concurred.